1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN TUBESING
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559)497-4000
   Facsimile: (559)497-4099
5  Robin.Tubesing2@usdoj.gov

6  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAIME LEON ZAMORA,<br><br>    Defendant and Judgment Debtor. | Case No. 1:20-mc-00001-SAB<br><br>ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT (WAGES)<br><br>Criminal Case No. 1:09-CR-00006-LJO-SKO<br><br>(ECF No. 6) |
| CENTRAL VALLEY MEAT CO., INC.,<br>(and its Successors and Assignees)<br><br>    Garnishee. | |

On February 6, 2020, the United States of America filed a request for an order terminating the writ of continuing garnishment. The Court, having carefully reviewed the entire file and the United States' request, and finding good cause therefrom, hereby GRANTS the request to terminate the writ of continuing garnishment.

Accordingly, it is ORDERED that:

1. Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Continuing Garnishment (Wages) previously issued against defendant, Jaime Leon Zamora, on January 9, 2020, is hereby TERMINATED without prejudice;

2. All pending dates and matters are VACATED;

3. Any funds currently held by garnishee, Central Valley Meat Co., Inc., shall be released to

1

Jaime Leon Zamora within ten (10) days; and

4. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated:   **February 7, 2020**                              _____
                                                            UNITED STATES MAGISTRATE JUDGE